UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANDREW TORO, *on behalf of himself and all others similarly situated*,

                      Plaintiff,

               -against-

TRANSFORM SR HOLDING MANAGEMENT, LLC,

                      Defendant.
----------------------------------------------------------- X

24-CV-2257 (VSB)

**ORDER**

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Plaintiff filed this action on March 26, 2024, (Doc. 1), and filed an affidavit of service on April 16, 2024, (Doc. 5).  The deadline for Defendant to respond to Plaintiff's complaint was May 6, 2024.  To date, Defendant has not appeared or responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than May 24, 2024.  If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    May 14, 2024
             New York, New York

                                                      VERNON S. BRODERICK
                                                      United States District Judge